DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-0030-JAD-CWH |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | (First Request) |
| JULIAN CRUZ-FLORES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Mace Yampulsky, Esq. counsel for defendant, that sentencing in the above-captioned matter currently scheduled to commence on Tuesday, January 3, 2017, at 9:00 a.m. be vacated and continued to a date and time convenient to all parties, but no earlier than 60 days.

This Stipulation is entered into for the following reason:

1. The parties need additional time to determine whether the defendant meets the criteria set for group plea reduction pursuant to *United States v. Caro,* 997F.2d 657 (9th Cir. 1993).

2. The parties agree to the continuance.

3. The defendant is in custody and does not object to the continuance.

4. This is the first request to continue the sentencing.

DATED this 20th day of December, 2016.

                                            Respectfully submitted,

                                            DANIEL G. BOGDEN
                                            United States Attorney

                                            /s/ Susan Cushman
                                            _____
                                            SUSAN CUSHMAN
                                            Assistant United States Attorney

                                            /s/ Mace Yampulsky
                                            _____
                                            MACE YAMPULSKY
                                            Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-0030-JAD-CWH |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE SENTENCING |
| JULIAN CRUZ-FLORES, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until March 6, 2017 at the hour of 10:00 a.m.

DATED this 20th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE