DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-0030-JAD-CWH |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | (Second Request) |
| JULIAN CRUZ-FLORES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Mace Yampolsky, Esq., counsel for defendant, that sentencing in the above-captioned matter currently scheduled to commence on Monday, March 6, 2017, at 10:00 a.m. be vacated and continued to a date and time convenient to all parties, but no earlier than 60 days.

This Stipulation is entered into for the following reason:

1. The government needs additional time to determine whether there will be a recommendation for a two-level reduction in the defendant's base offense level for a group plea pursuant to *United States v. Caro*, 997 F.2d 657 (9th Cir. 1993).

2. The parties agree to the continuance.

3. The defendant is in custody and does not object to the continuance.

4. This is the second request to continue the sentencing.

DATED this 23rd day of February 2017.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Susan Cushman*
>_____
>SUSAN CUSHMAN
>Assistant United States Attorney
>
>*/s/ Mace Yampolsky*
>_____
>MACE YAMPOLSKY
>Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr-0030-JAD-CWH |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE |
| vs. ) | SENTENCING |
| JULIAN FLORES-CRUZ, ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until May 16, 2017 at the hour of 9:30 a.m.

DATED this 23rd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

3